United States District Court
Southern District of Texas
**ENTERED**
September 22, 2016
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JOSE RUBEN ARGUETA-PADILLA, Movant, | § § § § | |
| v. | § § § | Case No. 1:14-cv-129 (Criminal No. 1:10-cr-1126-1) |
| UNITED STATES OF AMERICA, Respondent. | § § § § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. The time to file objections has passed. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that Argueta-Padilla's § 2255 Motion (Dkt. No. 1) is **DISMISSED**. A certificate of appealability shall not issue.

Signed this _22_ day of _September_, 2016.

_____
**Hilda Tagle**
**Senior United States District Judge**